James Brock Walker (CA State Bar No. 155048)
P.O. Box 641
Waldport, Oregon  97394
(541) 886-6086
jwalker345@aol.com

Attorney for Leonardo Pesta

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14CR00107-LJOSKO |
| --- | --- | --- |
| | ) | Date:  June 5, 2014 |
| Plaintiff, | ) | Time: 1:30 p.m. |
| | ) | Dept.: 8 |
| vs. | ) | |
| | ) | STIPULATION  AND ORDER TO |
| LEONARDO PESTA | ) | CONTINUE ARRAIGNMENT ON |
| | ) | INDICTMENT |
| Defendant. | ) | |

The above entitled parties have stipulated to continue the arraignment on indictment presently set for June 5, 2014 at 1:30 p.m., in Courtroom 8 to a new date of June 12, 2014 at 1:30 p.m., before the scheduled magistrate.  The reason for the continuance is to allow for appearance of counsel, James Brock Walker, who is unavailable to appear on June 5, 2014.

Date:  June 2, 2014

/s/ Jwalker
JAMES BROCK WALKER
Attorney for Defendant Leonardo Pesta

Date:  June 2, 2014

/s/ MTierney
MICHAEL TIERNEY
Assistant United States Attorney

STIPULATION TO CONTINUE ARRAIGNMENT-- 1

## **ORDER**

Upon the parties' stipulation, the arraignment on indictment in the above entitled case presently set for June 5, 2014 at 1:30 p.m., in Courtroom 8 is continued to a new date of June 12, 2014 at 1:30 p.m., before the scheduled magistrate.

IT IS SO ORDERED.

Dated: **June 4, 2014**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE