BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>LEONARDO PESTA,<br><br>            Defendant. | CASE NO. 1:14-CR-00107 LJO SKO<br><br>STIPULATION & ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>OLD DATE: October 6, 2014<br>OLD TIME: 1:00 p.m.<br><br>NEW DATE: November 17, 2014<br>NEW TIME: 1:00 p.m.<br>COURT:    Three<br>         (Hon. Sheila K. Oberto) |
|---|---|

    Defendant LEONARDO PESTA, by and through his counsel of record James Brock Walker, and plaintiff the United States of America, by and through its counsel of record, hereby jointly stipulate and respectfully request that the status conference currently set for October 6, 2014 be continued to November 17, 2014, and that the Court order that time be excluded under the Speedy Trial Act through the status conference on November 17, 2014.

    The grounds for this stipulation are that a continuance of time through November 17, 2014 is required to provide additional time for further plea negotiations and consideration of a potential plea by

Stipulation & Order to
Continue Status Conference

1

the defendant, and further defense preparations, taking into account the exercise of due diligence by counsel.  The defense has recently provided materials for consideration with regard to the potential resolution of this case, and the parties require additional time to consider and evaluate these materials and to attempt to reach agreement on a resolution of this case.  A continuation of the status conference to November 17 would result in a more efficient use of time for the court and the parties, and there would otherwise not be sufficient time for effective defense preparation and plea negotiations before October 6.

The parties agree and stipulate that time should be excluded in the interests of justice through and including the continued status conference on November 17, 2014, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

                                        Respectfully Submitted,


DATED:  October 1, 2014       By:   /s/James B. Walker
                                    JAMES BROCK WALKER
                                    Attorney for defendant
                                    LEONARDO PESTA


Dated:  October 1, 2014             BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kirk E. Sherriff
                                    for MICHAEL G. TIERNEY
                                    Assistant U.S. Attorney

Stipulation & Order to
Continue Status Conference

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. It is ordered that the status conference in this case is continued to November 17, 2014, at 1:00 p.m. in Courtroom Three. It is further ordered that time shall be excluded in the interests of justice based on the grounds set forth in the parties' stipulation, through and including the continued status conference date of November 17, 2014, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **October 2, 2014**               **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation & Order to
Continue Status Conference