BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO PESTA,<br><br>Defendant. | CASE NO. 1:14-CR-107-LJO-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING<br><br>DATE:   July 27, 2015<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Lawrence J. O'Neill |

**BACKGROUND**

This matter is currently scheduled for a status conference before Magistrate Judge Oberto on **June 1, 2015** and for trial on **December 1, 2015**. The parties have, however, reached a plea agreement in this case. They therefore request that the status conference be vacated and the case for a change of plea on **July 27, 2015**. Counsel agree that time between the current status conference and the change of plea hearing should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

//

//

//

//

1

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for June 1, 2015 be vacated.  The matter will be set for a change of plea on July 27, 2015.  Time shall be excluded from June 1, 2015 to July 27, 2015 under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 29, 2015           By:   /s/ Michael G. Tierney
                                    Michael G. Tierney
                                    Assistant United States Attorney


DATED: May 29, 2015           By:   /s/ James Walker
                                    James Walker
                                    Attorney for Leonardo Pesta


## O R D E R

**The requests are granted.   Time continues to be waived.  The trial date will not be changed, and Pending the change of plea, remains as set.  No continuance of the trial will occur.**

IT IS SO ORDERED.

  Dated:   **May 29, 2015**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE